# SATTERLEE STEPHENS BURKE & BURKE LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200

METROPARK
33 WOOD AVENUE SOUTH
ISELIN, NJ 08830
(732) 503-4900

FAX (212) 818-9606 / 9607
www.ssbb.com

E-Mail: mgibson@ssbb.com
Direct Dial: (212) 404-8726

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 28 SEP 2010
```

September 27, 2010

**SO ORDERED**
The conference is adjourned to
December 7, 2010 at 9:30 a.m.

28 SEP 2010   *George B. Daniels*
HON. GEORGE B. DANIELS

By Facsimile (212) 805-6735

Zeh Ekong
Chambers of the Honorable B. George Daniels
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    Thomson Reuters (Property Tax Services) Inc. v.
             Thomas Enterprises, Inc. (10-cv-990)

Dear Ms. Ekong:

    This office represents plaintiff Thomson Reuters (Property Tax Services) Inc. with regard to the above referenced matter. As you may recall, we spoke last week regarding the Court's desire to adjourn the conference currently scheduled in this matter for November 4, 2010. After consulting with Edward Gallion, III, counsel for the defendant, the parties have consented to the December 7, 2010, 9:30 am, adjourned date proposed by the Court.

    Please feel free to contact me if I can be of any further assistance.

Respectfully submitted,

Michael H. Gibson

cc:    Edward Gallion, III, Esq. (via email)

815383_1